**MCMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Joseph R. Zapata, Jr. (jzapata@msbnj.com)
*Attorneys for Plaintiff, Andrew Finberg, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>JASON'S PAINTING AND HOME REMODELING, LLC,<br><br>　　　　　　Debtor. | Case No. 19-30193 (JNP)<br><br>Chapter 7<br><br>Honorable Jerrold N. Poslusny, Jr., U.S.B.J. |
| ANDREW FINBERG, Chapter 7 Trustee,<br><br>　　　　　　Plaintiff,<br>v.<br><br>AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 21-____ |

**COMPLAINT FOR RECOVERY OF PREFERENTIAL**
**TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550**

Andrew Finberg, Chapter 7 Trustee (the "**Trustee**") in the Chapter 7 bankruptcy case of Jason's Painting and Home Remodeling, LLC (the "**Debtor**"), by and through his counsel, McManimon, Scotland & Baumann, LLC, and by way of complaint against Defendant American Builders & Contractors Supply Co., Inc. (the "**Defendant**"), respectfully alleges as follows:

## PARTIES

1. The Trustee, Andrew Finberg, is the court-appointed Chapter 7 Trustee for the Debtor with a principal place of business at 525 Route 73 South, Suite 200, Marlton, NJ 08053.

2. Upon information and belief, Defendant is a pre-petition creditor that provided goods, services and/or materials to the Debtor with corporate headquarters at 1 ABC Parkway, Beloit, WI 53511.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.

2. This is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. §§ 157(b)(2)(A), (F), (H) and (O).

3. The venue is proper in this core proceeding pursuant to 28 U.S.C. § 1409.

4. This matter is brought pursuant to the equitable powers of the Court pursuant to 11 U.S.C. §§ 547 and 550 and Bankruptcy Rule 7001, *et seq.*

## PROCEDURAL HISTORY

5. On October 25, 2019 (the "**Petition Date**"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, *et seq.*) in the United States Bankruptcy Court for the District of New Jersey.

6. On March 20, 2020, an order was entered converting the Debtor's case to one under Chapter 7.

7. On March 23, 2020, Andrew Finberg was appointed as the Chapter 7 Trustee. The Trustee qualified for and accepted the appointment.

## BACKGROUND

8. Pre-petition, the Debtor was in the business of home remodeling.

9. The Debtor's books and records disclose that on one or more dates within the 90 day period preceding the Petition Date, the Debtor transferred the sum of $12,766.33 to the Defendant (collectively, the "**Pre-Petition Transfers**"). A schedule of the Pre-Petition Transfers is annexed hereto as Schedule A, and incorporated herein.[1]

10. The Pre-Petition Transfers to the Defendant were made on account of an antecedent debt.

11. The Pre-Petition Transfers were made from the Debtor's account at OceanFirst Bank, account ending 4970.

12. Pursuant to the presumption of insolvency under 11 U.S.C. § 547(f), the Debtor was insolvent on the date that each of the Pre-Petition Transfers were made.

13. Each of the Pre-Petition Transfers were drawn on the Debtor's bank accounts and/or paid as reflected on Schedule A. As such, each of the Pre-Petition Transfers involved an interest of the Debtor in property.

14. The Pre-Petition Transfers were made to or for the benefit of a creditor on account of antecedent debts, as the Pre-Petition Transfers were made on account of open invoices owing by the Debtor to the Defendant.

15. The Debtor was insolvent or became insolvent at the time of the Pre-Petition Transfers.

---

[1] Plaintiff reserves the right to supplement and amend the allegations of this Complaint including, without limitation, the monetary amounts being sought by including all transfers to the Defendant within the 90 day period preceding the Petition Date.

16. Each of the Pre-Petition Transfers were made within the 90 day period preceding the Petition Date as the Petition was filed on October 25, 2019, and the Pre-Petition Transfers cleared between July 27, 2019 and the Petition Date. See Schedule A.

17. The dividend to unsecured creditors in the Debtor's bankruptcy case will be less than 100%, based upon: (i) the existence of unpaid administrative expenses; (ii) that according to the Claims Register, before objections, general unsecured claims, priority claims and administrative claims have been asserted in the amount of $456,824.75; and (iii) the extent of funds on-hand.

18. The Pre-Petition Transfers enabled the Defendant to receive more than it would receive under Chapter 7 of the Bankruptcy Code if the Pre-Petition Transfers had not been made and the Defendant received payment of the debt to the extent provided by the provisions of the Bankruptcy Code.

19. Pursuant to Section 550(a) of the Bankruptcy Code, the Trustee may recover the Pre-Petition Transfers from the Defendant for the benefit of the estate.

WHEREFORE, Plaintiff Andrew Finberg demands judgment against the Defendant as follows:

(a) Determining that the Pre-Petition Transfers are preferences and avoidable pursuant to 11 U.S.C. § 547;

(b) ordering that the Pre-Petition Transfers are hereby avoided;

(c) directing that the Defendant surrender and deliver a sum equal to the amount of the Pre-Petition Transfers pursuant to 11 U.S.C. § 550;

(d) for costs of suit;

(e) for pre and post judgment interest; and

(f) for such other relief as the Court may deem just and equitable.

Respectfully,

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
*Attorneys for Plaintiff, Andrew Finberg*
*Chapter 7 Trustee*

By: /s/ Joseph R. Zapata, Jr.

Dated: February 11, 2021       JOSEPH R. ZAPATA, JR.

# SCHEDULE A

**JASON'S PAINTING AND HOME REMODELING, LLC**
**CASE #19-30193-JNP**
**Schedule of 90 Day Payments to ABC Supply**

**Vendor:**   ABC Supply
1 Abc Pkwy
Beloit, WI 53511

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
| | | | |
| N/A | 07/29/2019 | 1007 | 1,000.00 |
| 07/23/2019 | 08/01/2019 | 1021 | 1,000.00 |
| 09/10/2019 | 09/10/2019 | 1098 | 1,752.21 |
| 09/13/2019 | 09/17/2019 | 1105 | 1,250.83 |
| 09/23/2019 | 09/23/2019 | 1115 | 1,154.71 |
| N/A | 10/03/2019 | 1137 | 1,880.98 |
| N/A | 10/11/2019 | 1158 | 1,290.48 |
| N/A | 10/17/2019 | 1164 | 3,399.93 |
| N/A | 10/18/2019 | POS | 37.19 |
| | | | |
| **TOTAL** | | | **12,766.33** |
| | | | |