Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

In Re:  Jason's Painting and Home Remodeling, LLC
Debtor

    Case No.: 19−30193−JNP
    Chapter 7

Andrew Finberg
Plaintiff

v.

American Builders & Contractors Supply Co., Inc.
Defendant

Adv. Proc. No. 21−01170−JNP      Judge: Jerrold N. Poslusny Jr.

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on June 10, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 7 − 4
STIPULATION OF SETTLEMENT AND ORDER APPROVING SAME (related document:4 Application re: for Entry of Stipulation of Settlement and Order Approving Same Filed by Andrew Finberg.Objection deadline is 6/8/2021. (Attachments: # 1 Proposed Stipulation of Settlement and Order Approving Same) filed by Plaintiff Andrew Finberg).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/10/2021 (kvr)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 10, 2021
JAN: kvr

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

Finberg,
    Plaintiff

American Builders & Contractors Supply C,
    Defendant

Adv. Proc. No. 21-01170-JNP

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + American Builders & Contractors Supply Co., Inc., 1 ABC Parkway, Beloit, WI 53511-4466 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: Trustee@sjbankruptcylaw.com | Jun 10 2021 21:07:00 | Andrew Finberg, 525 Route 73 South, Suite 200, Marlton, NJ 08053 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph R Zapata, Jr | on behalf of Plaintiff Andrew Finberg jzapata@msbnj.com |

TOTAL: 1